THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

William and Kenneth Pecarina, minors, by their parents and next friends, Alan Pecarina and Jennifer Pecarina; and Alan Pecarina and Jennifer Pecarina individually,

Plaintiffs,

vs.

Tokai Corporation, a Japanese company; Scripto-Tokai Corporation, a Delaware corporation; JMP Mexico, a/k/a JMP Mexico S.A. de C.V., a/k/a Tokai de Mexico, a/k/a Tokai de Mexico S.A. de C.V., a/k/a Tokai de Mexico S.A.; and WAL-MART STORES, INC., a Delaware corporation,

Defendants.

**ORDER EXTENDING TIME IN WHICH TO INTERPOSE AN ANSWER OR MOTION PURSUANT TO RULE 12**

Court File No. 01-1655 ADM/AJB

UPON THE FILES, pleadings, and proceedings herein, including the Stipulation of counsel, and upon the Motion of Gary J. Gordon, Esq.:

IT IS HEREBY ORDERED:

1. That Defendants Scripto-Tokai Corporation and WAL-MART STORES, INC., may have an extension of time, until November 5, 2001, in which to interpose an answer or motion pursuant to Rule 12 in connection with the Complaint herein.

Dated: 10/11, 2001

By [signature]
U.S. Magistrate Judge Arthur J. Boylan

742524-1

FILED OCT 11 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

William and Kenneth Pecarina, minors, by their parents and next friends, Alan Pecarina and Jennifer Pecarina; and Alan Pecarina and Jennifer Pecarina individually,

Plaintiffs,

vs.

Tokai Corporation, a Japanese company; Scripto-Tokai Corporation, a Delaware corporation; JMP Mexico, a/k/a JMP Mexico S.A. de C.V., a/k/a Tokai de Mexico, a/k/a Tokai de Mexico S.A. de C.V., a/k/a Tokai de Mexico S.A.; and WAL-MART STORES, INC., a Delaware corporation,

Defendants.

**STIPULATION FOR EXTENSION OF TIME TO INTERPOSE AN ANSWER OR OTHER PLEADING**

Court File No. 01-1655
ADM/AJB

IT IS HEREBY STIPULATED AND AGREED that Defendants Scripto-Tokai Corporation and WAL-MART STORES, INC., may have an extension of time, until November 5, 2001, to interpose an answer or motion pursuant to Rule 12 in connection with the Complaint herein.

Dated: 10/9, 2001

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________

Gary J. Gordon (#36225
John J. Wackman (#251884)
Attorneys for Defendant Scripto-Tokai Corporation
and WAL-MART STORES, INC.
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 340-7951

ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.

By ______________________
William H. Manning
2800 La Salle Plaza
800 La Salle Avenue
Minneapolis, MN 55402
(612) 349-8500

Dated: 10.08, 2001