UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WILLIAM PECARINA, ET AL.,

Plaintiffs,

v.

TOKAI CORPORATION, ET AL.,

Defendants.

Civil No. 01-1655 ADM/AJB

**NOTICE OF**
**PRETRIAL CONFERENCE**

TO: Plaintiff above named and to Vincent J. Moccio/William H. Manning/Marilyn J. Conklin, 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402-015, attorneys for Plaintiff;

Defendant above named and to Brian A. Wood/Gary J. Gordon, John J. Wackman/Paul B. Kohls, 2000 Metro Center, 333 South 7th Street, Minneapolis, MN 55402, attorneys for Defendant.

If counsel for all parties are not listed above, it is the responsibility of Plaintiff counsel to (1) immediately notify those parties and counsel of this conference, and (2) inform those parties and counsel of the requirements set forth in this notice.

I. DATE, TIME, PLACE AND PARTICIPANTS

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16 of the Rules of this District as amended effective December 1, 2001, a pretrial conference of trial counsel in the above matter will be held in Chambers at 638 U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, on February 13, 2002, at 3:00 p.m., before Magistrate Judge Arthur J. Boylan to consider the matters set forth in Rule 16(c), the Rule 26(f) disclosures, and related matters.

JAN 3 0 2002
Filed ______________________
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials __________

Each party shall submit a Letter/Memorandum concerning settlement, which shall remain confidential between the Court and that party. The confidential letter shall be delivered to Magistrate Judge Boylan's chambers at least three days prior to the pretrial conference.

Dated: 1/29/02

ARTHUR J. BOYLAN
United States Magistrate Judge