UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

William Pecarina and Kenneth Pecarina, minors, by their parents and next friends; Alan Pecarina and Jennifer Pecarina; and Alan Pecarina and Jennifer Pecarina, individually,

Plaintiffs,

vs.

The Tokai Corporation, a Japanese company; Scripto-Tokai Corporation, a Delaware corporation; JMP Mexico, also known as Tokai de Mexico, also known as JMP Mexico, S.A. de C.V.; and WAL-MART STORES, INC., a Delaware corporation,

Defendants.

Court File No. 01-1655 ADM/AJB

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

**STIPULATION**

All parties in the above matter respectfully request that the Court amend the Scheduling Order in this matter dated February 20, 2002 by changing the deadline for serving motions to amend the pleadings or add parties from April 1, 2002 to May 1, 2002. Following this change, "Non-Dispositive Motions," paragraph 1, page 2 would now read:

1. All motions which seek to amend the pleadings or add parties must be served by May 1, 2002. [Any motion for leave to amend to allege punitive damages must be served and filed before the non-dispositive motion deadline date.]

Dated this 22nd day of March, 2002.

FILED MAR 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: Thomas K. Loughlin
William H. Manning (#6726X)
Thomas K. Loughlin (#309333)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFFS

RIDER, BENNETT, EGAN & ARUNDEL, L.L.P.

By:____________________
Gary J. Gordon (36225)
Brian A. Wood (141690)
Paul B. Kohls (295243)
John Weckman (251884)

333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 340-7951

ATTORNEYS FOR DEFENDANTS

**ORDER**

Pursuant to the Stipulation of the parties in the above-referenced matter,

**IT IS HEREBY ORDERED** that the Scheduling Order dated February 20, 2002, "Non-Dispositive Motions," paragraph 1, page 2 is amended to read as follows:

1. All motions which seek to amend the pleadings or add parties must be served by May 1, 2002. [Any motion for leave to amend to allege punitive damages must be served and filed before the non-dispositive motion deadline date.]

Dated: 3/25, 2002.

The Honorable Arthur J. Boylan
United States Magistrate Judge