UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

WILLIAM PECARINA and KENNETH PECARINA, minors, by their parents and next friends, Alan Pecarina and Jennifer Pecarina; and ALAN PECARINA and JENNIFER PECARINA individually,

Plaintiffs,

v.

TOKAI CORPORATION, a Japanese company; SCRIPTO-TOKAI CORPORATION, a Delaware corporation; JMP MEXICO, also known as JMP MEXICO, S.A. de C.V., also known as TOKAI de MEXICO, S.A.; and WAL-MART STORES, INC., a Delaware corporation,

Defendants.

---

Court File No.: 01-1655 ADM/AJB

# AMENDED PRETRIAL SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

## Discovery Plan

1. Fact discovery shall be commenced in time to be completed by March 1, 2003.



[illegible] 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Pre-discovery disclosures reuqired by Rule 26(a)(1) shall be completed on or before January 23, 2002.

3. Disclosure of the identity of expert witnesses under Rule 269a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   A. By Plaintiff(s): expert identities shall be disclosed on or before September 1, 2002. Expert reports shall be due on or before March 1, 2003.

   B. By defendant(s): expert identities shall be disclosed on or before October 1, 2002. Expert reports shall be due on or before April 1, 2003.

   C. Rebuttal reports shall be due on or before May 1, 2003.

   D. Expert depositions shall be completed on or before June 15, 2003.

4. No more than 50 interrogatories [counted in accordance with Fed. R. Civ. R.33(a)] shall be served on any party.

5. No more than 25 fact depositions, including Rule 30(b)(6) depositions and excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 5 expert depositions.

6. No more than 100 requests for production of documents may be served on any party. No more than 50 requests for admissions may be served on any party.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651.848.1210.)

1. All motions which seek to amend the pleadings or add parties must be served by April 1, 2002. [Any motion for leave to amend to allege punitive damages must be served and filed before the non-dispositive motion deadline date].

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by June 1, 2003.

3. Prior to scheduling any non-dispositive motion, parties are encouraged to consider whether the motion, including motions relating to discovery and scheduling, can be informally resolved through telephone conference with the Magistrate Judge. To the extent that formal discovery motions will be filed, said motions should strictly comply with the provisions of Local Rules 7.1 and 37.1 and shall be presented in a form that complies with Local Rules 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served and filed by the parties by August 1, 2003. (Counsel are advised that they must schedule this hearing by calling Calendar Clerk Gertie Simon, 612.664.5093.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for a Jury trial on October 1, 2003, or upon resolution of any pending dispositive motions. Each party may call no more than 5 expert witnesses. Anticipated length of trial is 2-3 weeks.

Dated: 6/5/02

Arthur J. Boylan
United States Magistrate Judge

*Featured Speakers Include:*

**District of Minnesota**

**Judge David S. Doty**

**Judge Donovan W. Frank**

**Judge Paul A. Magnuson**

**Judge Ann D. Montgomery**

**Judge John R. Tunheim**

**Chief Magistrate Judge Jonathan Lebedoff**

**Magistrate Judge Arthur J. Boylan**

**United States Bankruptcy Court**
**District of Minnesota**

**Judge Robert J. Kressel**

**Application Pending for 7.5 CLE Credits including 2 Ethics and 1 Bias Credit**

**The Minnesota Chapter of the Federal Bar Association**
c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
PAID
Minneapolis, MN
Permit No. 2657

**MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION**

**In connection with
The Federal Judiciary**

***28th Annual
Federal Court
Practice Seminar***

**June 19, 2002
8:00 am—5:15 pm**

**Minneapolis Convention Center
1301 Second Avenue South
Room 208
Minneapolis, MN 55402
(612) 335-6000**

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | **Registration** |
| 8:00-8:15 | **Opening Remarks and Welcome,** ***Judge Ann D. Montgomery*** |
| 8:15-9:00 | **Securities Law Issues in the Wake of Enron,** ***Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)*** |
| 9:00-9:45 | **Current Issues in Employment Law,** ***Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)*** |
| 9:45-10:00 | **Morning Break** |
| 10:00-10:45 | **Current Initiatives in the U.S. Attorneys' Office,** ***Tom Heffelfinger (U.S. Attorneys Office)*** |
| 10:45-11:45 | **Discovery Disputes: Professionalism in the Practice of Law?,** ***Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,*** |
| 11:45-12:45 | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | **The Clerk's Office Can Be Your New Best Friend,** ***Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon*** |
| 1:30-2:15 | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** ***Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)*** |
| 2:15-3:15 | **Issues in the Wake of 9/11: Racial Profiling --** ***Daniel M. Scott (U.S. Federal Public Defenders' Office)***; **Response by the Department of Justice --** ***Tony Brown (U.S. Attorneys Office)*** |
| 3:15:3:30 | **Afternoon Break** |
| 3:30-4:15 | **Update on Technology Tools for Litigating in Federal Court,** ***Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)*** |
| 4:15-5:15 | **Ethics in "Real Life" Practice Situations,** ***Martin A. Cole (Lawyers Professional Responsibility Office)*** |

## Seminar Registration

☐ Member $195.00
☐ Non-Member $225.00

Name ______________________

Firm/Employer ______________________

Address ______________________

______________________

______________________

Phone ______________________

E-Mail ______________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA (612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building