THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

William Pecarina and Kenneth Pecarina, minors, by their parents and next friends, Alan Pecarina and Jennifer Pecarina; and Alan Pecarina and Jennifer Pecarina, individually,

Plaintiffs,

vs.

Tokai Corporation, a Japanese company; Scripto Corporation, a Delaware corporation; JMP Mexico, also known as JMP Mexico, also known as Tokai de Mexico S.A. de C.V., also known as Tokai de Mexico S.A.; and Wal-Mart Stores, Inc., a Delaware corporation,

Defendants.

Court File No. 01-1655 (ADM/AJB)

**ORDER ALLOWING ADDITIONAL TIME TO REPLY TO THE COUNTERCLAIM OF DEFENDANTS**

THE COURT, having received an executed Stipulation to allow Plaintiffs Alan and Jennifer Pecarina an additional thirty (30) days in which to reply to the Counterclaim of Defendants Tokai Corporation, a Japanese company, et al.;

IT IS HEREBY ordered that Plaintiffs Alan and Jennifer Pecarina have an additional thirty (30) days in which to reply to the Counterclaim of Defendants Tokai Corporation, a Japanese company, et al.

Dated: 7/15/02

The Honorable Arthur J. Boylan
Judge of District Court

JUL 15 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

William Pecarina and Kenneth Pecarina, minors, by their parents and next friends, Alan Pecarina and Jennifer Pecarina; and Alan Pecarina and Jennifer Pecarina, individually,

Plaintiffs,

vs.

Tokai Corporation, a Japanese company; Scripto Corporation, a Delaware corporation; JMP Mexico, also known as JMP Mexico, also known as Tokai de Mexico S.A. de C.V., also known as Tokai de Mexico S.A.; and Wal-Mart Stores, Inc., a Delaware corporation,

Defendants.

Court File No. 01-1655 (ADM/AJB)

**STIPULATION TO EXTEND THE TIME TO REPLY TO THE COUNTERCLAIM OF THE DEFENDANTS**

It is hereby stipulated by and between the parties that Plaintiffs Alan and Jennifer Pecarina have an additional thirty (30) days in which to reply to the Counterclaim of Defendants Tokai Corporation, a Japanese company, et al.

Dated: 8 July 2002.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By

Gary J. Gordon (#36225)
Attorneys for Defendants Tokai Corporation, a Japanese company, et al.
333 South Seventh Street, Suite #2000
Minneapolis, MN 55402
(612) 340-7951

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

Dated: 7-11-02.

JOHNSON & CONDON, P.A.

By [signature]

Paul S. Hopewell (#268379)
Attorneys for Plaintiffs Alan and Jennifer Pecarina
Financial Plaza
7235 Ohms Lane
Minneapolis, MN 55439-2152
(952) 831-6544