THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

William and Kenneth Pecarina, minors, by their parents and next friends, Alan Pecarina and Jennifer Pecarina; and Alan Pecarina and Jennifer Pecarina individually,

Plaintiffs,

vs.

Tokai Corporation, a Japanese company; Scripto-Tokai Corporation, a Delaware corporation; JMP Mexico, a/k/a JMP Mexico S.A. de C.V., a/k/a Tokai de Mexico, a/k/a Tokai de Mexico S.A. de C.V., a/k/a Tokai de Mexico S.A.; and WAL-MART STORES, INC., a Delaware corporation,

Defendants.

**ORDER FOR DISMISSAL WITH PREJUDICE**

Court File No. 01-1655 ADM/AJB

BASED UPON THE FILES, records, and proceedings herein, and upon the Stipulation of counsel:

IT IS HEREBY ORDERED THAT:

1. The above-captioned matter shall be, and hereby is, dismissed with prejudice and without further cost to any party.

Dated: September 26, 2002

By [signature]
Honorable Ann D. Montgomery

895763-1

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

William Pecarina and Kenneth Pecarina, minors, by their parents and next friends, Alan Pecarina and Jennifer Pecarina; and Alan Pecarina and Jennifer Pecarina individually,

Plaintiffs,

vs.

Tokai Corporation, a Japanese company; Scripto Corporation, a Delaware corporation; JMP Mexico, also known as JMP Mexico, also known as Tokai de Mexico S.A. de C.V., also know as Tokai de Mexico S.A.; and WAL-MART STORES, INC., a Delaware corporation,

Defendants.

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Court File No. 01-1655 (ADM/AJB)

IT IS HEREBY STIPULATION AND AGREED by the parties hereto, through their respective counsel, that the above-captioned matter may be dismissed, with prejudice, and without further costs to any party.

Dated: 24 Sept, 2002

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________
Gary J. Gordon (36225)
John J. Wackman (251884)
Sridevi S. Anwar (292965)
Attorneys for Defendants
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 340-7951

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

ROBINS, KAPLAN, MILLER & CIRESI

By ______________________________
William H. Manning (6726X)
Attorneys for Plaintiffs
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
(612) 349-8500

Dated: 8/29/02, 2002